In the Matter of SHAWN GREEN, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted March 16, 2015; decided May 12, 2015

1032

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 913 (2015)].

Judges STEIN and FAHEY taking no part.